IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, | No. 3:15-CV-01611 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COL. E.A. JONES, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 29, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** for failure to exhaust administrative remedies.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge